UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA LEE MASON,

    Plaintiff,                                  Case No. 22-cv-10012
                                                  Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

**JUDGMENT**

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that:

- Plaintiff's Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**;

- Defendant's Motion for Summary Judgment is **DENIED**; and

- This action is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated:  March 13, 2023